U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mansur Maqsudi, et al.

vs.

GlobalOptions, Inc., et al.

No. 1:07-CV-01252 CK-K

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-30-1976.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:22 am on July 12, 2007, I served GlobalOptions, Inc. at 1615 L Street, NW, Suite 300, Washington, DC 20036 by serving, Randy Lubischer, Vice President of Security Operations, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     45
HEIGHT-  6'1"
HAIR-    BLACK
WEIGHT-  200
RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-12-07
          Date

*Michael R. Reeder*
MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191042