CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MANSUR MAQSUDI, et al.    )
                          )
                          )
        Plaintiff         )
                          )
                          )
        v.                )    Civil Case Number 07-1252(RJL)
                          )
                          )
                          )
GLOBAL OPTIONS, INC.      )    Category    B
                          )
                          )
        Defendants        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was randomly reassigned on July 13, 2007 from Judge Kollar-Kotelly to Judge Richard J. Leon by direction of the Calendar Committee.

(Returned to Calendar Committee for random reassignment as Judge Colleen Kollar-Kotelly has determined that this case is not related)

                                    JUDGE ELLEN SEGAL HUVELLE
                                    Chair, Calendar and Case
                                    Management Committee

cc:   Judge Leon & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Chair, Calendar and Case Management Committee
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk