# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

---

**MANSUR MAQSUDI, FARID MAQSUDI, and ABDUL RAUF MAQSUDI,**

         **Plaintiffs,**

v.

**GLOBALOPTIONS, INC. and ZEROMAX GMBH,**

         **Defendants.**

Case No. 1:07CV01252 (RJL)

---

## JOINT NOTICE OF APPEARANCE

Clerk of the Court:

COMES NOW the undersigned attorneys and enter this Joint Notice of Appearance as co-counsel for GlobalOptions, Inc. in the above-captioned matter.

| | |
|---|---|
| /s/ Morton S. Taubman | /s/ Mark David Hunter |
| Morton S. Taubman, Esq. | Mark David Hunter, Esq. |
| DC Bar No. 316604 | DC Bar No. 974569 |
| Leser, Hunter, Taubman & Taubman, PLLC | Leser, Hunter, Taubman & Taubman, PLLC |
| 1201 15th Street, N.W. | Atrium Financial Center |
| Second Floor | 1515 North Federal Highway, Suite 300 |
| Washington, DC 20005 | Boca Raton, Florida 33432 |
| (202) 347-9090 (Telephone) | (561) 394-8886 (Telephone) |
| (202) 659-2679 (Facsimile) | (561) 392-9901 (Facsimile) |
| E-Mail: mtaubman@isiwdc.com | E-Mail: mdhunter@lhttlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of July 2007, a copy of the foregoing Joint Notice of Appearance was served electronically upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
E-Mail: snewberger@crowell.com

/s/ Mark David Hunter_____
Mark David Hunter