UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

**MANSUR MAQSUDI, FARID** :
**MAQSUDI, and ABDUL RAUF** :
**MAQSUDI,** :
  :
                **Plaintiffs,** :
  :
  :
      **v.** :
  :
**GLOBALOPTIONS, INC. and** :
**ZEROMAX GMBH,** :      Case No. 1:07CV01252 (RJL)
  :
               **Defendants.** :

---

### UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND

Defendant GlobalOptions, Inc. ("GlobalOptions"), by and through its undersigned counsel, hereby moves for a 30 day extension of time to respond to Plaintiffs Mansur Maqsudi, Farid Maqsudi, and Abdul Rauf Maqsudi's Complaint. In support of this Motion, GlobalOptions hereby states as follows:

    1.    The request is due to the undersigned counsels' commitments in other matters, as well as the need to properly address the issues raised in the Complaint.

    2.    Counsel for Plaintiffs has agreed to the extension.

WHEREFORE, GlobalOptions respectfully requests until September 19, 2007 to respond to Plaintiffs' Complaint.

| | |
|---|---|
| /s/ Morton S. Taubman_____ | /s/ Mark David Hunter_____ |
| Morton S. Taubman, Esq. | Mark David Hunter, Esq. |
| DC Bar No. 316604 | DC Bar No. 974569 |
| Leser, Hunter, Taubman & Taubman, PLLC | Leser, Hunter, Taubman & Taubman, PLLC |
| 1201 15th Street, N.W. | Atrium Financial Center |
| Second Floor | 1515 North Federal Highway, Suite 300 |
| Washington, DC 20005 | Boca Raton, Florida 33432 |
| (202) 347-9090 (Telephone) | (561) 394-8886 (Telephone) |
| (202) 659-2679 (Facsimile) | (561) 392-9901 (Facsimile) |
| E-Mail: mtaubman@isiwdc.com | E-Mail: mdhunter@lhttlaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of August 2007, a copy of the foregoing Unopposed Motion for Extension of Time to Respond was served electronically upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
E-Mail: snewberger@crowell.com

/s/ Mark David Hunter_____
Mark David Hunter