UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

**MANSUR MAQSUDI, FARID MAQSUDI, and ABDUL RAUF MAQSUDI,**

                **Plaintiffs,**

        **v.**

**GLOBALOPTIONS, INC. and ZEROMAX GMBH,**

                **Defendants.**

Case No. 1:07CV01252 (RJL)

---

## UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND

Defendant GlobalOptions, Inc. ("GlobalOptions"), by and through its undersigned counsel, hereby moves for a 14 day extension of time to respond to Plaintiffs Mansur Maqsudi, Farid Maqsudi, and Abdul Rauf Maqsudi's Complaint. In support of this Motion, GlobalOptions hereby states as follows:

    1.    The request is due to the parties' settlement discussions and likelihood that the parties will reach a settlement in the matter, as well as the undersigned counsels' commitments in other matters.

    2.    Counsel for Plaintiffs has agreed to the extension.

WHEREFORE, GlobalOptions respectfully requests until October 3, 2007 to respond to

Plaintiffs' Complaint.


/s/ Morton S. Taubman_____      /s/ Mark David Hunter_____
Morton S. Taubman, Esq.      Mark David Hunter, Esq.
DC Bar No. 316604      DC Bar No. 974569
Leser, Hunter, Taubman & Taubman, PLLC      Leser, Hunter, Taubman & Taubman, PLLC
1201 15th Street, N.W.      Atrium Financial Center
Second Floor      1515 North Federal Highway, Suite 300
Washington, DC 20005      Boca Raton, Florida 33432
(202) 347-9090 (Telephone)      (561) 394-8886 (Telephone)
(202) 659-2679 (Facsimile)      (561) 392-9901 (Facsimile)
E-Mail: mtaubman@isiwdc.com      E-Mail: mdhunter@lhttlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of September 2007, a copy of the foregoing Unopposed Motion for Extension of Time to Respond was served electronically upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
E-Mail: snewberger@crowell.com

/s/ Mark David Hunter_____
Mark David Hunter