UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF APPEARANCE

The undersigned hereby enter their appearances as counsel on behalf of Defendant Zeromax GmbH.

Dated: September 26, 2007
       Washington, D.C.

Respectfully submitted,

**WHITE & CASE LLP**

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
clamm@whitecase.com

/ s / Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
fvasquez@whitecase.com

/ s / Nicole E. Erb
Nicole E. Erb (D.C. Bar No. 466620)
nerb@whitecase.com

/ s / Jonathan C. Ulrich
Jonathan C. Ulrich (D.C. Bar No. 500832)
julrich@whitecase.com

701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax GmbH*