UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) ) ) | |
|     *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
|     *Defendants*. | ) ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned counsel of record for Defendant Zeromax GmbH ("Zeromax"), certify that to the best of my knowledge and belief, Zeromax is a limited liability company organized under the laws of Switzerland that does not have any parent, subsidiary or affiliate which has any outstanding securities in the hands of the public.

    These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 26, 2007
        Washington, D.C.

Respectfully submitted,

**WHITE & CASE**LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
Jonathan C. Ulrich (D.C. Bar No. 500832)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax GmbH*