UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:07-CV-01252 RJL |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**CONSENT MOTION TO SET THE BRIEFING SCHEDULE FOR
ZEROMAX GMBH'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Zeromax GmbH ("Zeromax"), through its undersigned counsel, respectfully submits this Consent Motion to Set the Briefing Schedule for Zeromax's Motion to Dismiss the Complaint, and states:

1. The parties have agreed on a briefing schedule for Zeromax's Motion to Dismiss the Complaint as follows:

- Motion to dismiss to be served and filed on or before **October 24, 2007**
- Any opposition papers to be served and filed on or before **November 21, 2007**
- Any reply papers to be served and filed on or before **December 17, 2007**

2. The setting of the briefing schedule as agreed upon by the parties is necessary due to unavoidable trial and travel schedules of Zeromax's counsel.

3. Given the parties' mutual agreement to the relief requested, as well as the preliminary stage of the proceedings, Zeromax submits that such relief will not prejudice the parties or the orderly progression of the case.

Wherefore, Zeromax respectfully requests that the Court grant this motion and set the briefing schedule as referenced above.

Dated: September 26, 2007
      Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
Jonathan C. Ulrich (D.C. Bar No. 500832)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax GmbH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>GLOBALOPTIONS, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | 1:07-CV-01252 RJL |

## ORDER

The Court is informed that the parties have reached an agreement respecting the briefing schedule for Defendant Zeromax GmbH ("Zeromax")'s Motion to Dismiss the Complaint, as follows:

- Motion to dismiss to be served and filed on or before **October 24, 2007**

- Any opposition papers to be served and filed on or before **November 21, 2007**

- Any reply papers to be served and filed on or before **December 17, 2007**

In light of the parties' agreement, the Court hereby

GRANTS the Consent Motion to Set the Briefing Schedule for Zeromax's Motion to Dismiss the Complaint; and further

ORDERS that the foregoing briefing schedule be set.

SO ORDERED this ___ day of September, 2007.

_____
Richard J. Leon
United States District Judge