**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **MANSUR MAQSUDI, FARID MAQSUDI, and ABDUL RAUF MAQSUDI,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **GLOBALOPTIONS, INC. and ZEROMAX GMBH,** : <br> : <br> **Defendants.** : | Case No. 1:07CV01252 (RJL) |

---

### UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND

Defendant GlobalOptions, Inc. ("GlobalOptions"), by and through its undersigned counsel, hereby moves for a 30 day extension of time to respond to Plaintiffs Mansur Maqsudi, Farid Maqsudi, and Abdul Rauf Maqsudi's Complaint. In support of this Motion, GlobalOptions hereby states as follows:

1.  The request is due to the parties' settlement discussions and likelihood that the parties will reach a settlement in the matter, as well as the undersigned counsels' commitments in other matters.

2.  Counsel for Plaintiffs has agreed to the extension.

WHEREFORE, GlobalOptions respectfully requests until November 2, 2007 to respond to

Plaintiffs' Complaint.


| | |
|---|---|
| /s/ Morton S. Taubman_____ | /s/ Mark David Hunter_____ |
| Morton S. Taubman, Esq. | Mark David Hunter, Esq. |
| DC Bar No. 316604 | DC Bar No. 974569 |
| Leser, Hunter, Taubman & Taubman, PLLC | Leser, Hunter, Taubman & Taubman, PLLC |
| 1201 15th Street, N.W. | Atrium Financial Center |
| Second Floor | 1515 North Federal Highway, Suite 300 |
| Washington, DC 20005 | Boca Raton, Florida 33432 |
| (202) 347-9090 (Telephone) | (561) 394-8886 (Telephone) |
| (202) 659-2679 (Facsimile) | (561) 392-9901 (Facsimile) |
| E-Mail: mtaubman@isiwdc.com | E-Mail: mdhunter@lhttlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of October 2007, a copy of the foregoing Unopposed Motion for Extension of Time to Respond was served electronically upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
E-Mail: snewberger@crowell.com

/s/ Mark David Hunter_____
Mark David Hunter