UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GLOBALOPTIONS, INC., *et al.*, )<br>)<br>Defendants. )<br>) | 1:07-CV-01252 (RJL) |

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs Mansur Maqsudi, Farid Maqsudi, and Abdul Rauf Maqsudi hereby provide proof of service on Defendant Zeromax GmbH, which was served on September 17, 2007, pursuant to the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Attachment A (Certificate from Foreign Central Authority).

Respectfully submitted,

_____/s/_____
Stuart Newberger, DC BAR #294793
Alan W.H. Gourley, DC BAR #358300

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

*Counsel for Plaintiffs*

October 16, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of October 2007, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record in this matter.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　Peter J. Eyre, Esq.

# ATTACHMENT A

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*     17. September 2007

- at (place, street, number)
- *à (localité, rue, numéro)*     Poststrasse 30, 6300 Zug

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

  ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  ☒ ~~(b) in accordance with the following particular method~~
    *b) selon la forme particulière suivante:* _____

  ☐ (c) by delivery to the addressee, who accepted it voluntarily. *
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
-(identity and description of person)
-*(identité et qualité de la personne)*     Frau Oksana Widmer, Sekretariat der Zeromax GmbH

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*     ./.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
Duplicate of: Executed "Request", "Certificate" (unexecuted), "Summary" with Attachment "A", "Notice", Summons in a Civil Case, Complaint, Notice of Right to Consent to Trial.

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Zug, the 1. Oktober 2007
*Fait à ____, le ____*

Signature and / or stamp. Gerichtskanzlei Zug
*Signature et / ou cachet:* Die Sekretärin:

[signature]

[Seal: OBERGERICHT KANTON ZUG]

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2