UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**CONSENT MOTION TO REVISE THE BRIEFING SCHEDULE
FOR ZEROMAX GMBH'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Zeromax GmbH ("Zeromax"), through its undersigned counsel, respectfully submits this Consent Motion to Revise the Briefing Schedule for Zeromax's Motion to Dismiss the Complaint, and states:

1. By Minute Order dated October 3, 2007, this Court granted Zeromax's Consent Motion to Set the Briefing Schedule for Zeromax's Motion to Dismiss the Complaint. Pursuant to that schedule, Zeromax's motion to dismiss was to be served and filed on or before October 24, 2007. Plaintiffs' opposition papers were to be served and filed on or before November 21, 2007. Zeromax's reply papers were to be served and filed on or before December 17, 2007.

2. The parties have agreed on a revised briefing schedule for Zeromax's Motion to Dismiss the Complaint as follows:

- Motion to dismiss to be served and filed on or before **October 30, 2007**
- Any opposition papers to be served and filed on or before **November 30, 2007**
- Any reply papers to be served and filed on or before **December 20, 2007**

3.      The setting of the revised briefing schedule as agreed upon by the parties is necessary due to travel schedules and difficulties in coordination between Zeromax's counsel and their client overseas.

4.      Given the parties' mutual agreement to the relief requested, as well as the preliminary stage of the proceedings, Zeromax submits that such relief will not prejudice the parties or the orderly progression of the case.

Wherefore, Zeromax respectfully requests that the Court grant this motion and set the revised briefing schedule as referenced above.

Dated: October 22, 2007
　　　　Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
Jonathan C. Ulrich (D.C. Bar No. 500832)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax GmbH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANSUR MAQSUDI, *et al.*,  )
 )
    *Plaintiffs*,  )
 )
v.  )  1:07-CV-01252 RJL
 )
GLOBALOPTIONS, INC., *et al.*,  )
 )
    *Defendants*.  )

## **ORDER**

The Court is informed that the parties have reached an agreement respecting a revised briefing schedule for Defendant Zeromax GmbH ("Zeromax")'s Motion to Dismiss the Complaint, as follows:

- Motion to dismiss to be served and filed on or before **October 30, 2007**
- Any opposition papers to be served and filed on or before **November 30, 2007**
- Any reply papers to be served and filed on or before **December 20, 2007**

In light of the parties' agreement, the Court hereby

GRANTS the Consent Motion to Revise the Briefing Schedule for Zeromax's Motion to Dismiss the Complaint; and further

ORDERS that the foregoing briefing schedule be set.

SO ORDERED this ___ day of October, 2007.

    Richard J. Leon
    United States District Judge