IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANSUR MAQSUDI, et al.,

    Plaintiffs,

v.

GLOBALOPTIONS, INC. and
ZEROMAX GMBH,

    Defendants.

Case No. 1:07 CV01252(RJL)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant GlobalOptions, Inc. ("GlobalOptions"), by and through its undersigned counsel, hereby moves for a 20 day extension of time to respond to Plaintiffs' Complaint. In support of this Motion, GlobalOptions hereby states as follows:

    Counsel for Plaintiffs has agreed to the extension.

WHEREFORE, GlobalOptions respectfully requests until January 3, 2008 to respond to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Morton S. Taubman
Morton S. Taubman
DC Bar No. 316604
Leser, Hunter, Taubman & Taubman
1201 15th Street, N.W,
Second Floor
Washington, D.C. 20005
(202) 347-9090 Telephone
(202) 659-2679 (Facsimile)
E-Mail: mtaubman@isiwdc.com

/s/ Mark David Hunter
Mark David Hunter
DC Bar No. 974569
Leser, Hunter, Taubman & Taubman
1515 North Federal Highway,
Suite 300
Boca Raton, FL 33432
(561) 394-8886 Telephone
(561) 392-9901  Facsimile
Email: mdhunter@lhttlaw.com

I hereby certify that, on this 14th day of December 2007, a copy of the forgoing Unopposed Motion for Extension of Time to Respond was served electronically Upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Email: snewberger@crowell.com

/S/ Morton S. Taubman
Morton S. Taubman