UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:07-CV-01252 RJL |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Civil Rule 7(e), Defendant Zeromax GmbH ("Zeromax") respectfully moves this Court to grant Zeromax an additional five pages in connection with its reply memorandum in support of its motion to dismiss the complaint due on December 20, 2007. Zeromax makes this unopposed motion for the following reasons:

1.  An enlargement of the page limitation set for reply papers from 25 pages to 30 pages will enhance Zeromax's ability to brief in full the complex legal issues raised in its motion to dismiss and Plaintiffs' opposition and exhibits, including the act of state doctrine (based on numerous Uzbek official acts of state) and the fair report privilege.

2.  Counsel for Plaintiffs do not oppose this Motion.

3.  Given that Plaintiffs' counsel have no objection to this Motion, Zeromax submits that the relief requested will not prejudice the parties or the orderly progression of the case.

Wherefore, Defendant Zeromax GmbH respectfully requests that the Court grant Zeromax leave to file a 30-page reply brief.

Dated: December 19, 2007
   Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Kevin T. Baine (D.C. Bar No. 238600)
Jonathan Kravis (D.C. Bar No. 973780)
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018

*Attorneys for Defendant Zeromax GmbH*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:07-CV-01252 RJL |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**ORDER**

Having reviewed and considered Defendant Zeromax GmbH ("Zeromax")'s Unopposed Motion for Leave to Exceed Page Limitation and considering that said Motion is unopposed by Plaintiffs, it is hereby

ORDERED, that Zeromax's Motion for Leave to Exceed Page Limitation is GRANTED and Zeromax may file a 30-page reply memorandum in support of its motion to dismiss.

SO ORDERED this ___ day of December, 2007.

_____
Richard J. Leon
United States District Judge