UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

**MANSUR MAQSUDI, FARID** :
**MAQSUDI, and ABDUL RAUF** :
**MAQSUDI,** :
                            :
                **Plaintiffs,** :
                            :
       **v.** :
                            :
**GLOBALOPTIONS, INC. and** :
**ZEROMAX GMBH,** :    Case No. 1:07CV01252 (RJL)
                            :
                **Defendants.** :

---

Clerk of the Court:

NOTICE OF CHANGE OF ADDRESS

Mark David Hunter, co-counsel for Defendant GlobalOptions, Inc., and admitted to practice before this Court, hereby files notice of his change of address, and respectfully requests the Clerk of the Court to enter his new address and contact telephone numbers, as indicated below.

                                                  /s/ Mark David Hunter
                                                  Mark David Hunter, Esq.
                                                  DC Bar No. 974569
                                                  Leser Hunter Taubman & Taubman, PLLC
                                                  407 Lincoln Road, Suite 500
                                                  Miami Beach, Florida 33139
                                                  (305) 604-5547 (Telephone)
                                                  (305) 604-5548 (Facsimile)
                                                  E-Mail: mdhunter@lhttlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record listed below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing electronically.

Service List

Carolyn Beth Lamm, Esq. (CM/ECF)

Stuart H. Newberger, Esq. (CM/ECF)

Morton S Taubman, Esq. (CM/ECF)


                                              /s/ Mark David Hunter_____
                                              Mark David Hunter, Esq.