UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

MANSUR MAQSUDT, *el al.*,                )
                                         )
      *Plaintiffs,*              )
                                         )
v.                                       )    1:07-CV-01252RJL
                                         )
GLOBALOPTIONS, INC., *et at.,*           )
                                         )
      *Defendants.*              )

**PRAECIPE**

Global in filing its Motion to Dismiss erroneously identified one of the attachments as a Declaration where such attachment should have been identified as an Order. It is respectfully requested of the Clerk to accept this Praecipe with the attached Order and associate such attached Order as an attachment to the previously filed Motion to Dismiss and replace the original erroneously filed Declaration with the attached Order.

Respectfully submitted

/s/ Morton S. Taubman
Morton S. Taubman, Esq.
DC Bar No. 316604
Leser, Hunter, Taubman & Taubman, PLLC
1201 15th Street, N.W. Second Floor
Washington, DC 20005
(202) 347-9090 (Telephone)
(202) 659-2679 (Facsimile)
E-Mail: mtaubman@isiwdc.com

/s/ Mark David Hunter
Mark David Hunter, Esq.
DC Bar No. 974569
Leser, Hunter, Taubman & Taubman,
407 Lincoln Road, Suite 500
Miami Beach, Florida 33139
(305) 604-5547 (Telephone)
(305) 604-5548 (Facsimile)
E-Mail: mdhunter@lhttlaw.com

January 4, 2008

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| MANSUR MAQSUDT, *el al.*, | ) | |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | 1:07-CV-01252RJL |
| GLOBALOPTIONS, INC., *et at.*, | ) ) | |
| *Defendants.* | ) ) | |

## ORDER

Having reviewed and considered Defendant GlobalOptions, Inc.'s ("Global") Motion to Dismiss the Complaint and the papers filed in support thereof, Plaintiff's papers filed in opposition thereto, and the entire record herein, it is hereby

ORDERED, that Global's Motion to Dismiss is GRANTED, and the Complaint is Dismissed in its entirety with prejudice.

SO ORDERED this ___ day of _____, 2008.

_____
Richard J. Leon
United States District Judge