UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

MANSUR MAQSUDI, FARID  :
MAQSUDI, and ABDUL RAUF  :
MAQSUDI,  :
   :
                **Plaintiffs,**  :
   :
   :
                v.  :
   :
GLOBALOPTIONS, INC. and  :
ZEROMAX GMBH,  :   Case No. 1:07CV01252 (RJL)
   :
              **Defendants.** :

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT GLOBALOPTIONS, INC.'S MOTION TO DISMISS THE COMPLAINT

Defendant GlobalOptions, Inc. ("GlobalOptions"), by and through its undersigned counsel, hereby moves for a 14 day extension of time to Reply to Plaintiffs' Opposition to Defendant GlobalOptions, Inc.'s Motion to Dismiss the Complaint. In support of this Motion, GlobalOptions hereby states that the Plaintiffs counsel has agreed to the extension and such request will not harm the Plaintiffs since are not required to respond to such Reply.

WHEREFORE, GlobalOptions respectfully requests until February 22, 2008 to Reply to Plaintiffs' Opposition.

/s/ Morton S. Taubman
Morton S. Taubman, Esq.
DC Bar No. 316604
Leser, Hunter, Taubman & Taubman, PLLC

/s/ Mark David Hunter
Mark David Hunter, Esq.
DC Bar No. 974569
Leser, Hunter, Taubman & Taubman, PLLC

1201 15th Street, N.W.  
Second Floor  
Washington, DC 20005  
(202) 347-9090 (Telephone)  
(202) 659-2679 (Facsimile)  
E-Mail: mtaubman@isiwdc.com

February 6, 2008

407 Lincoln Road  
Suite 500  
Miami Beach, Florida 33139  
305-604-5547 (Telephone)  
305-604-5548 (Facsimile)  
E-Mail: mdhunter@lhttlaw.com

Attorneys for Defendant GlobalOptions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of February 2008, a copy of the foregoing Unopposed Motion for Extension of Time to Respond was served electronically upon:

Stuart H. Newberger, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
E-Mail: snewberger@crowell.com

/s/ Morton S. Taubman
Morton S. Taubman