UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:07-CV-01252 RJL |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**JOINT MOTION FOR
CONTINUANCE OF COURT PROCEEDINGS**

Pursuant to Local Civil Rule 16.1(b) and Paragraph 4 of the Court's Case Management Order dated July 13, 2007, Defendant Zeromax GmbH ("Zeromax"), Defendant GlobalOptions, Inc. ("GlobalOptions") and Plaintiffs Mansur Maqsudi, Farid Maqsudi and Abdul Rauf Maqsudi (collectively, the "Parties") respectfully move this Court for a continuance of the hearing scheduled for April 14, 2008. The Parties make this Joint Motion for the following reasons:

1. On February 7, 2008, the Court scheduled a hearing on Zeromax's and GlobalOptions's motions to dismiss for April 14, 2008 at 2:00 pm.

2. A continuance of the April 14 hearing is necessary due to the travel schedules and multiple unavoidable conflicts of counsel.

3. Pursuant to Paragraph 4 of the Court's Case Management Order, the Parties have conferred and agreed to the following alternative hearing dates, at a time of the Court's choosing:

- June 18, 2008
- June 19, 2008
- June 20, 2008
- June 30, 2008

4. Given the Parties' mutual agreement to the relief requested, as well as the preliminary stage of the proceedings, such relief will not prejudice the Parties or the orderly progression of the case.

Wherefore, the Parties respectfully request that the Court grant this Joint Motion and reschedule the April 14 hearing for one of the dates proposed above, or another date convenient to the Court's calendar.

Dated: April 8, 2008
         Washington, D.C.

Respectfully submitted,

**WHITE & CASE LLP**

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Kevin T. Baine (D.C. Bar No. 238600)
Jonathan Kravis (D.C. Bar No. 973780)
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018

*Attorneys for Defendant Zeromax GmbH*

/ s / Morton S. Taubman
Morton S. Taubman (D.C. Bar No. 316604)
Mark David Hunter (D.C. Bar No. 974569)
Leser, Hunter, Taubman & Taubman
1201 Fifteenth Street, N.W., 2nd Floor
Washington, D.C. 20005
Telephone: (202) 347-9090
Facsimile: (202) 659-2679

*Attorneys for Defendant GlobalOptions, Inc.*

/ s / Stuart H. Newberger
Stuart H. Newberger (D.C. Bar No. 294793)
Alan W.H. Gourley (D.C. Bar No. 358300)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )   1:07-CV-01252 RJL<br>) |
| GLOBALOPTIONS, INC., *et al.*, | )<br>) |
| *Defendants*. | )<br>) |

**ORDER**

Having reviewed and considered the Joint Motion for Continuance of Court Proceedings, it is hereby

ORDERED, that the Joint Motion for Continuance of Court Proceedings is GRANTED, and the hearing on Defendant Zeromax GmbH's and Defendant GlobalOptions, Inc.'s motions to dismiss is rescheduled for _____, 2008, at _____.

SO ORDERED this ___ day of April, 2008.

_____
Richard J. Leon
United States District Judge