UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**JOINT MOTION FOR**
**ADJOURNMENT OF COURT PROCEEDINGS**

Pursuant to Local Civil Rule 16.1(b) and Paragraph 4 of the Court's Case Management Order dated July 13, 2007, Defendant Zeromax GmbH ("Zeromax") and Plaintiffs Mansur Maqsudi, Farid Maqsudi and Abdul Rauf Maqsudi ("Plaintiffs") respectfully move this Court for an adjournment of the hearing on Zeromax's Motion to Dismiss currently scheduled for June 19, 2008. Plaintiffs and Zeromax make this Joint Motion for the following reasons:

1. Plaintiffs and Zeromax respectfully request that the hearing regarding Zeromax's Motion to Dismiss, currently scheduled for June 19, 2008 at 2:00 p.m., be adjourned as Plaintiffs and Zeromax are currently in the process of finalizing a settlement agreement that will result in the dismissal of Plaintiffs' claims against Zeromax in this case with prejudice.

2. Plaintiffs and Zeromax respectfully submit that an adjournment of the June 19 hearing would be the most efficient course of action under the present circumstances. Plaintiffs and Zeromax further propose that they file a joint stipulation of dismissal on or before August 15, 2008, or, if filing such a stipulation of dismissal cannot be achieved, that they file a joint report with the Court on that same date regarding the status of the settlement process.

3.  The relief requested will not prejudice the orderly progression of this case in the Court's docket in view of Plaintiffs' and Zeromax's mutual agreement to the relief requested, that settlement of this action is favored, and that this action is at a preliminary stage in the proceedings.

Wherefore, Plaintiffs and Zeromax respectfully request that the Court grant this Joint Motion and adjourn the June 19 hearing pending the filing of a stipulation of dismissal or a status report as to settlement by August 15, 2008.  A proposed order accompanies this motion.

Dated: June 12, 2008
      Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Nicole E. Erb
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Kevin T. Baine (D.C. Bar No. 238600)
Jonathan Kravis (D.C. Bar No. 973780)
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018

*Attorneys for Defendant Zeromax GmbH*

        / s / Stuart H. Newberger
Stuart H. Newberger (D.C. Bar No. 294793)
Alan W.H. Gourley (D.C. Bar No. 358300)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANSUR MAQSUDI, *et al.*,   )
                             )
        *Plaintiffs*,        )
                             )
    v.                       )   1:07-CV-01252 RJL
                             )
GLOBALOPTIONS, INC., *et al.*, )
                             )
        *Defendants*.        )

**ORDER**

Having reviewed and considered the Joint Motion for Adjournment of Court Proceedings, it is hereby

ORDERED, that the Joint Motion for Adjournment of Court Proceedings is GRANTED, and the hearing on Defendant Zeromax GmbH's motion to dismiss scheduled for June 19, 2008 is adjourned pending the filing of a joint stipulation of dismissal of the action against Zeromax GmbH on or before August 15, 2008 or the filing of a joint report regarding the status of settlement on that same date.

SO ORDERED this ___ day of June, 2008.

                                        _____
                                        Richard J. Leon
                                        United States District Judge