UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | 1:07-CV-01252 RJL |
| v. ) | |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**UNOPPOSED MOTION FOR**
**ADJOURNMENT OF COURT PROCEEDINGS**

Pursuant to Local Civil Rule 16.1(b) and Paragraph 4 of the Court's Case Management Order dated July 13, 2007, Defendant GlobalOptions, Inc. ("GlobalOptions") respectfully moves this Court for an adjournment of the hearing on Plaintiff's and GlobalOptions' Motion to Dismiss currently scheduled for June 19, 2008. GlobalOptions makes this Motion for the following reasons:

1.  Plaintiffs and Zeromax GmbH filed on June 12, 2008, a Joint Motion For Adjournment to request that the hearing regarding Zeromax's Motion to Dismiss, currently scheduled for June 19, 2008 at 2:00 p.m., be adjourned as Plaintiffs and Zeromax due to settlement discussions that may result in the dismissal of Plaintiffs' claims against Zeromax in the case with prejudice.

2.  GlobalOptions respectfully submits that an adjournment of the June 19 hearing would be the most efficient course of action under the present circumstances to provide the parties to this case sufficient time to explore further settlement options to include GlobalOptions. If a settlement can be reached by the parties to include GlobalOptions on or before August 15,

2008, the date in which the Plaintiffs and Zeromax are anticipating to file a joint stipulation of dismissal. If filing such a dismissal by and between the Plaintiffs and GlobalOptions cannot be achieved, GlobalOptions shall file a report with the Court on that same date regarding the status of the settlement process.

3.  In support of this Motions, GlobalOptions hereby states that the Plaintiffs' counsel has agreed to the adjournment and the relief requested will not prejudice the Parties or the orderly progression of this case and the fact that this action is at a preliminary stage in the proceedings.

Wherefore, GlobalOptions respectfully request that the Court grant this Motion and adjourn the June 19 hearing pending the filing of a stipulation of dismissal or a status report as to settlement by August 15, 2008.

Dated: June 13, 2008

/s/ Morton S. Taubman

Morton S. Taubman, Esq.
DC Bar No. 316604
Leser, Hunter, Taubman & Taubman, PLLC
1201 15th Street, N.W.
Second Floor
Washington, DC 20005
(202) 347-9090 (Telephone)
(202) 659-2679 (Facsimile)
E-Mail: mtaubman@isiwdc.com

/s/ Mark David Hunter

Mark David Hunter, Esq.
DC Bar No. 974569
Leser, Hunter, Taubman & Taubman, PLLC
407 Lincoln Road
Suite 500
Miami Beach, Florida 33139
305-604-5547 (Telephone)
305-604-5548 (Facsimile)
E-Mail: mdhunter@lhttlaw.com

Attorneys for Defendant GlobalOptions, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:07-CV-01252 RJL |
| ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Having reviewed and considered the Unopposed Motion for Adjournment of Court Proceedings, it is hereby

ORDERED, that the Unopposed Motion for Adjournment of Court Proceedings is GRANTED, and the hearing on Defendant GlobalOptions, Inc.'s motion to dismiss is adjourned pending the filing of a joint stipulation of dismissal of the action against GlobalOptions on or before August 15, 2008 or the filing of a report regarding the status of settlement on that same date.

SO ORDERED this ___ day of June, 2008.

_____
Richard J. Leon
United States District Judge

4