UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

## JOINT MOTION FOR
## ADJOURNMENT OF COURT PROCEEDINGS

Pursuant to Local Civil Rule 16.1(b) and Paragraph 4 of the Court's Case Management Order dated July 13, 2007, Plaintiffs Mansur Maqsudi, Farid Maqsudi and Abdul Rauf Maqsudi ("Plaintiffs") and Defendants Zeromax GmbH ("Zeromax") and GlobalOptions, Inc. ("GlobalOptions") (collectively the "Parties") respectfully move this Court for an adjournment of the hearing on Zeromax's and GlobalOptions' Motions to Dismiss currently scheduled for July 18, 2008. The Parties make this Joint Motion for the following reasons:

1.   The Parties respectfully request that the hearing regarding Zeromax's and GlobalOptions' Motions to Dismiss, currently scheduled for July 18, 2008 at 2:00 p.m., be adjourned as the Parties are currently in the final stages of completing confidential settlement agreements that will result in the dismissal, with prejudice, of Plaintiffs' claims against Zeromax and GlobalOptions in this case.

2.   As the Parties previously advised the Court, this case is related to disputes and proceedings occurring in various jurisdictions, including the Vienna International Arbitral Centre, the State of New Jersey, and Uzbekistan. These matters involve parties in, *inter alia*,

Uzbekistan, New Jersey, and Switzerland. The Parties are pleased to advise the Court that multiple settlements have been reached, the proceedings and orders in Vienna and New Jersey have been dismissed or vacated, and the requisite stipulations of dismissal and consent orders have been entered. Hence, the Parties have made significant and real progress in resolving their disputes amicably since their appearance before the Court on June 19, 2008. The procedural requirements of the different jurisdictions and the disparate location of the relevant parties—in different time zones and speaking different languages—make the finalization of all settlements and dismissals time consuming. The Parties expect the final Settlement Agreements and the joint Stipulation of Dismissal in this case to be completed and presented to the Court within the next two weeks.

3. Accordingly, the Parties respectfully submit that an adjournment of the July 18 hearing would be the most efficient course of action under the present circumstances. The Parties further propose that they file a joint stipulation of dismissal on or before August 8, 2008, or, if filing such a dismissal cannot be achieved, that they file a joint report with the Court on that same date regarding the status of the settlement process.

4. The relief requested will not prejudice the Parties or the orderly progression of this case in view of Parties' mutual agreement to the relief requested and the fact that this action is at a preliminary stage in the proceedings.

Wherefore, the Parties respectfully request that the Court grant this Joint Motion and adjourn the July 18 hearing pending the filing of a stipulation of dismissal or a status report as to settlement by August 8, 2008.

Dated: July 14, 2008
       Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax GmbH*

/ s / Kevin T. Baine
Kevin T. Baine (D.C. Bar No. 238600)
Jonathan Kravis (D.C. Bar No. 973780)
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018

*Attorneys for Defendant Zeromax GmbH*

/ s / Morton S. Taubman
Morton S. Taubman (D.C. Bar No. 316604)
Mark David Hunter (D.C. Bar No. 974569)
Leser, Hunter, Taubman & Taubman
1201 Fifteenth Street, N.W., 2nd Floor
Washington, D.C. 20005
Telephone: (202) 347-9090
Facsimile: (202) 659-2679

*Attorneys for Defendant GlobalOptions, Inc.*

/ s / Stuart H. Newberger
Stuart H. Newberger (D.C. Bar No. 294793)
Alan W.H. Gourley (D.C. Bar No. 358300)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Plaintiffs*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANSUR MAQSUDI, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:07-CV-01252 RJL |
| GLOBALOPTIONS, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**ORDER**

Having reviewed and considered the Joint Motion for Adjournment of Court Proceedings, it is hereby:

ORDERED, that the Joint Motion for Adjournment of Court Proceedings is GRANTED, and the hearing on Defendants Zeromax GmbH's and GlobalOptions, Inc.'s motions to dismiss is adjourned pending the filing of a joint stipulation of dismissal of the action against Zeromax GmbH and GlobalOptions, Inc. on or before August 8, 2008 or the filing of a joint report regarding the status of settlement on that same date.

SO ORDERED this ___ day of July, 2008.

Richard J. Leon
United States District Judge