UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, ) | |
|  ) | |
| *Plaintiffs*, ) | |
|  ) | |
| v.  ) | 1:07-CV-01252 RJL |
|  ) | |
| GLOBALOPTIONS, INC., *et al.*, ) | |
|  ) | |
| *Defendants*. ) | |

## JOINT STATUS REPORT AND REQUEST FOR HEARING DATE FOR MOTION FOR DISMISSAL

Pursuant to the Court Order dated July 15, 2008, GlobalOptions, Inc. ("GlobalOptions") and Mansur Maqsudi et al ("Plaintiffs") hereby provide a status report regarding the settlement status of the matter by and between the Plaintiffs and GlobalOptions respectfully report the following: Despite efforts of both parties working in good faith a settlement agreement could not be reached, and accordingly, the parties respectfully request a hearing date for the Motion for Dismissal.

Wherefore, the parties respectfully request that the Court grant a hearing date for the hearing for the Motion for Dismissal.

Dated: August 7, 2008

/s/ Morton S. Taubman

Morton S. Taubman, Esq.
DC Bar No. 316604
Leser, Hunter, Taubman & Taubman, PLLC
1201 15th Street, N.W.
Second Floor
Washington, DC 20005
(202) 347-9090 (Telephone)
(202) 659-2679 (Facsimile)

/s/ Mark David Hunter

Mark David Hunter, Esq.
DC Bar No. 974569
Leser, Hunter, Taubman & Taubman, PLLC
407 Lincoln Road
Suite 500
Miami Beach, Florida 33139
305-604-5547 (Telephone)
305-604-5548 (Facsimile)

E-Mail: mtaubman@isiwdc.com          E-Mail: mdhunter@lhttlaw.com

Attorneys for Defendant GlobalOptions, Inc.

/s/Stuart Newberger
Stuart Newberger
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANSUR MAQSUDI, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>GLOBALOPTIONS, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | 1:07-CV-01252 RJL |

## ORDER

Having reviewed and considered the Joint Status Report and Request for a Hearing Date for the Motion for Dismissal it is hereby

ORDERED, that the date for the hearing for the Motion for Dismissal is set for _____.

SO ORDERED this ___ day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　United States District Judge

3