**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MANSUR MAQSUDI, *et al.*,

   *Plaintiffs*,

  v.           1:07-CV-01252-RJL

GLOBALOPTIONS, INC., *et al.*,

   *Defendants*.

## JOINT STATUS REPORT

  Pursuant to the Court's Order dated July 15, 2008, Plaintiffs Mansur Maqsudi, Farid Maqsudi, and Abdul Rauf Maqsudi ("Plaintiffs") and Defendant Zeromax GmbH ("Zeromax") respectfully provide the following joint status report regarding settlement:

  Plaintiffs and Zeromax have each signed confidential settlement agreements. Both Plaintiffs and Zeromax are taking agreed-upon steps to effectuate these confidential settlement agreements. The agreed-upon steps include certain conditions precedent—that require the acts of third parties whom neither Plaintiffs nor Zeromax control—to the dismissal of this action. Plaintiffs and Zeromax expect such acts to occur and conditions precedent to be completed to the mutual satisfaction of both Plaintiffs and Zeromax within two weeks. At that time, Plaintiffs and Zeromax expect to file a stipulation of dismissal.

Dated:  August 8, 2008
        Washington, D.C.

Respectfully submitted,

CROWELL & MORING LLP

**WHITE & CASE**

/ s / Stuart H. Newberger
Stuart H. Newberger (D.C. Bar No. 294793)
Alan W.H. Gourley (D.C. Bar No. 358300)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Plaintiffs Mansur Maqsudi,*
*Farid Maqsudi, and Abdul Rauf Maqsudi*

*Attorneys for Defendant Zeromax GmbH*

WILLIAMS & CONNOLLY LLP

/ s / Kevin T. Baine
Kevin T. Baine (D.C. Bar No. 238600)
Jonathan Kravis (D.C. Bar No. 973780)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5010
Facsimile: (202) 434-5018

*Attorneys for Defendant Zeromax GmbH*